UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHARDY ENTERPRISES, LLC and
KKL TRANSPORTATION, LLC,

                Plaintiffs,

                                                            Case No.: 24-cv-12797

v.                                                       Hon. Gershwin A. Drain

NCR ATLEOS and CARDTRONICS
USA, INC.,

                Defendants.
_____/

## ORDER GRANTING IN PART THE PARTIES' JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES [ECF No. 36]

Presently before the Court is Plaintiffs' and Defendants' Joint Motion to Extend All Schedule Deadlines. ECF No. 36. The parties explain that discovery disputes—which are still pending and await resolution from the Magistrate Judge—and a complicated interpleader issue have made it so that completing discovery and complying with the schedule deadlines is no longer possible. The parties request a six-month extension on the discovery, dispositive motion, and facilitation deadlines. The parties also request that the remaining scheduling order deadlines are changed to "to be determined."

1

The Court, having been duly advised in the premises, finds good cause to amend the scheduling order. However, the Court is not amenable to a six-month extension on certain deadlines or leaving the other deadlines "to be determined." Rather, the Court will extend the current deadlines by three months. Accordingly, the scheduling order is **HEREBY AMENDED** as follows:

|  | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Discovery cut-off: | September 15, 2025 | **December 15, 2025** |
| Dispositive motion cut-off: | October 17, 2025 | **January 17, 2026** |
| Facilitation: | On or before December 31, 2025 | **On or before March 31, 2026** |
| Status conference: | April 24, 2025 at 2:00 p.m. | **January 21, 2026 at 2:00 p.m.** |
| Settlement conference with Magistrate Judge Elizabeth A. Stafford: | TBD | **The month of February, 2026** |
| Motions *in limine* due: | January 5, 2026 | **April 14, 2026** |
| Final pretrial order due: | January 5, 2026 | **April 14, 2026** |
| Final pretrial conference: | January 21, 2026 at 2:00 p.m. | **May 5, 2026 at 2:00 p.m.** |
| Jury trial: | February 3, 2026 at 9:00 a.m. | **May 19, 2026 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated: September 16, 2025         /s/Gershwin A. Drain
                                  GERSHWIN A. DRAIN
                                  United States District Judge

2