UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KHARDY ENTERPRISES LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NCR ATELOS CORPORATION, *et al.*,<br><br>Defendants. | Case No. 24-12797<br>Honorable Gershwin A. Drain<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER TO MEET AND CONFER

Defendants move to compel plaintiffs' responses to interrogatories and requests for production.  ECF No. 25.  The Honorable Gershwin A. Drain referred the motion to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A).  ECF No. 28.  The Court afforded the parties ample time to resolve the discovery disputes, but issues remain. ECF No. 51.

As stated during a status conference held on October 31, 2025, the parties must meet and confer about the unresolved issues raised in the motion to compel and defendants' supplemental brief.  ECF No. 25; ECF

No. 51.  **The parties must carefully read and follow the order to meet and confer entered in August 2025**.  ECF No. 34.

The Court will hold an in-person hearing about defendants' motion to compel on **December 5, 2025, at 11:00 a.m**.  The parties **must meet and confer in good faith in person or by video** as required by E.D. Mich. LR 37.1.  Following the meeting, and by **December 1, 2025**, the parties must file **a joint list of unresolved issues** that addresses the relevance and proportionality of the disputed discovery requests and that comports with the guidance set out in the Court's August 2025 meet-and-confer order.  ECF No. 34.

If the parties do not meaningfully meet and confer, or if the joint list of unresolved issues does not comply with this order, the Court will order the parties to repeat the meet-and-confer process.  If the parties resolve all issues raised by the motion, they must submit a stipulation and order to cancel the hearing.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: November 4, 2025

**NOTICE TO PARTIES ABOUT OBJECTIONS**

2

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 4, 2025.

                                                s/Davon Allen
                                                DAVON ALLEN
                                                Case Manager