UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KHARDY ENTERPRISES LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NCR ATELOS CORPORATION, *et al.*,<br><br>Defendants. | Case No. 24-12797<br>Honorable Gershwin A. Drain<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER TO MEET AND CONFER, TO
SUBMIT A JOINT LIST OF UNRESOLVED ISSUES,
AND TO APPEAR FOR A HEARING ON JANUARY 9, 2026**

Defendants move to compel plaintiffs' responses to interrogatories and requests for production. ECF No. 25. The Honorable Gershwin A. Drain referred the motion to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A). ECF No. 28. The Court afforded the parties ample time to resolve the discovery disputes, but issues remain. ECF No. 51. In October 2025, the Court ordered the parties to meet and confer and to submit a joint list of unresolved issues by December 1, 2025. ECF No. 52. But during a December 5, 2025 status conference, the parties stated that they needed more time, although they have made progress.

The Court will hold a hearing by Zoom on **January 9, 2026 at 11:00 a.m.** Before the hearing, the parties **must meet and confer in good faith in person or by video** as required by E.D. Mich. LR 37.1. Following the meeting, and by **January 5, 2025**, the parties must file **a joint list of unresolved issues** that addresses the relevance and proportionality of the disputed discovery requests and that comports with the guidance set out in the Court's August 2025 meet-and-confer order. ECF No. 34.

**No more extensions will be granted**.

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: December 8, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 8, 2025.

                                                s/Davon Allen
                                                DAVON ALLEN
                                                Case Manager