UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHARDY ENTERPRISES LLC and KKL
TRANSPORTATION, LLC,

      Plaintiffs,

                           Case No.: 2:24-cv-12797

v.                             Hon. Gershwin A. Drain

NCR ATLEOS CORPORATION and
CARDTRONICS USA, INC.,

      Defendants,

v.

WELLS FARGO BANK, N.A., and
JPMORGAN CHASE BANK, N.A.,

      Interpleader Defendants.
_____/

## ORDER GRANTING WELLS FARGO AND CHASE BANK'S MOTION TO EXTEND DISCOVERY CUTOFF AND DISPOSITIVE MOTION CUTOFF [ECF No. 86]

The Court, in receipt of Interpleader Defendants' Emergency Joint Motion to Extend Discovery Cutoff and Dispositive Motion Cutoff, and being duly advised on the premises, finds good cause to extend these deadlines per the Interpleader Defendants' request.

1

Therefore, Interpleader Defendants' Emergency Joint Motion to Extend Discovery Cutoff and Dispositive Motion Cutoff [ECF No. 86] is **GRANTED**. The new deadlines are as follows:

- **Discovery Cutoff: June 15, 2026**

- **Dispositive Motion Cutoff: June 29, 2026**

**IT IS SO ORDERED.**

Dated:  March 4, 2026

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge